1462

*Tuesday, March 3, 1998*

## MOTION DOCKET

**97–2290.   State v. Mills.**
Wood App. No. WD–97–012.   This cause is pending before the court on the certification of conflict by the Court of Appeals for Wood County.

IT IS ORDERED by the court, *sua sponte,* that this cause be held for the decisions in Supreme Court case Nos. 97–1778, *State v. Rush;*  97–2121, *State v. Mitchell;*  97–2123, *State v. Mitchell;*  and 97–2266, *State v. Toler.*